1 | James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
2 | Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
3 | PISANELLI BICE PLLC
400 South 7th Street, Suite 300
4 | Las Vegas, Nevada 89101
Telephone:  702.214.2100
5 | Facsimile:  702.214.2101

6 | Steven G. Hill, Esq. (pro hac vice admitted)
Georgia Bar No. 354658
7 | HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
8 | Atlanta, Georgia 30339
Telephone:  (770) 953-0995
9 | Facsimile:  (770) 953-1358
sgh@hkw-law.com

10 |

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| FLEET CONNECT SOLUTIONS LLC, a Texas limited liability company, | CASE NO.:  2:20-cv-02306-GMN-NJK |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION AND ~~[PROPOSED]~~ ORDER EXTENDING DEFENDANT EAST-WEST TRANSPORT INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| EAST-WEST TRANSPORT INC., a Nevada corporation, | |
| Defendant. | **(FIRST REQUEST)** |

Plaintiff Fleet Connect Solution LLC ("Fleet Connect"), by and through its counsel of record, files this Unopposed Motion to Extend Defendant East-West Transport Inc.'s ("East-West") Time to File an Answer or Otherwise Respond to Plaintiff's Complaint, which was filed on December 22, 2020 and served on December 22, 2020 (Doc. Nos. 1, 10).  This is the first request to extend the deadline.

Fleet Connect filed its Complaint on December 21, 2020. (Doc. No. 1.).  Fleet Connect served the Complaint and Summons on East-West on December 22, 2020. (Doc. No. 10.)  The current deadline for East-West to answer or otherwise respond to the Complaint is January 12, 2021.

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1    The parties believe the litigation of this matter will be best served by extending the

2  deadline for East-West to answer or otherwise respond to the Complaint by thirty days so that

3  East-West may have additional time to investigate the claims and respond to the allegations in the

4  Complaint.

5    Thus, for the reasons set forth above, Fleet Connect respectfully requests that this Court

6  grant its request to continue the deadline for East-West to answer or otherwise respond to the

7  Complaint by thirty days up to and including February 11, 2021.

8    DATED this 8th day of January 2021.

9    Respectfully Submitted

10

11   By: ___/s/ Debra L. Spinelli_____
         James J. Pisanelli, Esq., #4027
12       Debra L. Spinelli, Esq., #9695
         PISANELLI BICE PLLC
13       400 South 7th Street, Suite 300
         Las Vegas, Nevada 89101

14       Steven G. Hill, Esq.
15       (pro hac vice admitted)
         HILL, HERTSCHER & WHARTON, LLP
16       3350 Riverwood Parkway
         Atlanta, Georgia 30339

17       *Attorneys for Plaintiff*

18

19

20   **IT IS SO ORDERED.**

21   _____

22   United States Magistrate Judge

23   DATED:_ January 8, 2021          _____

24

25

26

27

28

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101