James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Steven G. Hill, Esq. (pro hac vice admitted)
Georgia Bar No. 354658
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile: (770) 953-1358
sgh@hkw-law.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EAST-WEST TRANSPORT INC., a Nevada corporation,<br><br>Defendant. | CASE NO.: 2:20-cv-02306-GMN-NJK<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER EXTENDING DEFENDANT EAST-WEST TRANSPORT INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Fleet Connect Solution LLC ("Fleet Connect"), by and through his counsel of record, files this Unopposed Motion Extending Defendant East-West Transport Inc.'s ("East-West") Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. This is the second request to extend the deadline.

Fleet Connect filed its Complaint on December 21, 2020. Fleet Connect served the Complaint and Summons on East-West on December 22, 2020. The original deadline for East-West to answer or otherwise respond to the Complaint was January 12, 2021. On January 8, 2021, Fleet Connect filed its first Unopposed Motion Extending Defendant East-West Transport Inc.'s Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. (Dkt. 15.)

1  On January 8, 2021, the Court granted Fleet Connect's motion and set the deadline for East-West
2  to answer or otherwise respond to the Complaint for February 11, 2021. (Dkt. 16.)
3        The parties are discussing potential early resolution of the case. In order to preserve the
4  resources of the Court and the parties pending the parties' early resolution efforts, Fleet Connect
5  respectfully requests that the Court further extend the deadline for East-West to answer or
6  otherwise respond to the Complaint by an additional thirty days up to and including March 15,
7  2021.
8        DATED this 25th day of January, 2021.

Respectfully Submitted

By:   */s/ Debra L. Spinelli*
    James J. Pisanelli, Esq., #4027
    Debra L. Spinelli, Esq., #9695
    PISANELLI BICE PLLC
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

    Steven G. Hill, Esq.
    (pro hac vice admitted)
    HILL, HERTSCHER & WHARTON, LLP
    3350 Riverwood Parkway
    Atlanta, Georgia 30339

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 26, 2021