Steven G. Hill, Esq. (*pro hac vice*)
Georgia Bar No. 354658
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia  30339
Telephone:  (770) 953-0995
Facsimile:   (770) 953-1358
sgh@hkw-law.com

James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone:  702.214.2100
Facsimile:   702.214.2101

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EAST-WEST TRANSPORT INC., a Nevada corporation,<br><br>Defendant. | CASE NO.: 2:20-cv-02306-GMN-NJK<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED FOR A PATENT CASE** |

Under Fed. R. Civ. P. 26(f), Local Rule 26-1, and Patent Local Rules 16.1-1 et seq., the respective Parties, Plaintiff Fleet Connect Solutions LLC ("Fleet Connect" or "Plaintiff") and East-West Transport Inc. ("East-West" or "Defendant"), conducted a discovery planning conference on April 5, 2021, and hereby submit to the court the following Discovery Plan and Scheduling Order:

1

| Event | Deadline |
|---|---|
| 1. Discovery Cut-Off | January 7, 2022 [approximately 270 days from the parties' 26(f) planning conference. Defendant answered on March 15, 2021. The parties are requesting that the discovery period be calculated from the date of their planning conference on April 5, 2021, because discovery could not be served until after that date. The parties are also requesting an approximate 270-day discovery period because this is a patent case.] |
| 2. Joint Protective Order | April 19, 2021 [14 days after discovery planning conference] |
| 3. Disclosure of Rule 26(a) Initial Disclosures, Asserted Claims, and Infringement Contentions | April 19, 2021 [14 days after discovery planning conference] |
| 4. Disclosure of Non-Infringement, Invalidity, and Unenforceability Contentions | June 3, 2021 [45 days later] |
| 5. Response to Invalidity and Unenforceability Contentions | June 17, 2021 [14 days later] |
| 6. Motion to Amend Pleadings/Parties | October 8, 2021 [91 days to close of discovery] |
| 7. Exchange of Proposed Terms of Construction | July 6, 2021 [92 days from Scheduling Conference] |
| 8. Exchange of Preliminary Claim Construction | July 20, 2021 [14 days later] |
| 9. Submit Joint Claim Construction and Prehearing Statement | August 3, 2021 [14 days later] |
| 10. Opening Claim Construction Briefs | August 24, 2021 [21 days later] |
| 11. Response to Claim Construction Briefs | September 14, 2021 [21 days later] |
| 12. Reply Claim Construction Briefs and Matter Submitted to court for Hearing | September 21, 2021 [7 days later] |

| Event | Deadline |
|---|---|
| 13. Claim Construction Tutorials, Hearing, and Order from the court | November 19, 2021 [within 60 days after the Reply brief is filed, the court will complete its hearing, and issue its order within an additional 60 days. If the court is unable to issue its order within 120 days after submission of the Reply brief, the court may reset expert disclosure deadlines as requested by a party or stipulation] |
| 14. Disclosure of amended contentions under LPR1-18a and opinion of counsel defense under LPR 1-18b | February 18, 2022 [30 days after Claim Construction Order] |
| 15. Expert Designations | March 21, 2022 [60 days after Claim construction Order issued by court] |
| 16. Rebuttal Expert Designations | April 20, 2022 [30 days after [Expert Designations]] |
| 17. Expert Discovery Cut-off | May 20, 2022 [30 days after Rebuttal Expert Designations] |
| 18. Dispositive Motion Deadline | June 20, 2022 [30 days after expert discovery closes] |

IT IS ORDERED that within **30 days** after the court enters a claim construction order, the parties must submit to a Post-Claim Construction Settlement Conference as set by the Court.

IT IS FURTHER ORDERED that any extension of the discovery deadline will not be allowed without a showing of good cause for the extension. All motions or stipulations to extend discovery must be received by the court at least **21 days before the expiration of the subject deadline**. A request made after this date will not be granted unless the movant demonstrates that the failure to act was the results of excusable neglect. The motion or stipulation must include;

(a) A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

(b) A specific description of the discovery that remains to be completed;

(c) The reasons why the remaining discovery was not completed within the time limit of the existing discovery deadline; and

(d) A proposed schedule for the completion of all remaining discovery.

3

1    IT IS FURTHER ORDERED that, if no dispositive motions will be filed within the time specified in this order, then the parties must file a written, joint proposed pretrial order within 30 days of the dispositive motion cutoff, on or before **July 20, 2022**. If dispositive motions are filed, then the parties must file a written, joint proposed pretrial order within 30 days of the date the court enters a ruling on the dispositive motions. Within 30 days of the entry of a pretrial order, or as further ordered by the court, the parties must submit to a pretrial settlement conference.

   IT IS SO ORDERED.

   _____
   UNITED STATES MAGISTRATE JUDGE

   DATED:_____

   Respectfully submitted, this 21st day of April, 2021.

   By:   */s/ Steven G. Hill*
         Steven G. Hill, Esq. (*pro hac vice*)
         HILL, HERTSCHER & WHARTON, LLP
         3350 Riverwood Parkway SE, Suite 800
         Atlanta, Georgia  30339

         James J. Pisanelli, Esq., #4027
         Debra L. Spinelli, Esq., #9695
         PISANELLI BICE PLLC
         400 South 7th Street, Suite 300
         Las Vegas, Nevada  89101

         *Attorneys for Plaintiff*

         */s/ Patrick J. Reilly* (with consent)
         Patrick J. Reilly
         Brownstein Hyatt Farber Schreck, LLP
         100 North City Parkway, Suite 1600
         Las Vegas, NV 89106
         Phone 702-464-7033
         preilly@bhfs.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Adam Alper (*pro hac vice*)
Akshay Deoras (*pro hac vice*)
Barbara Barath (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Tel: 415-439-1400
Fax: 415-439-1500
adam.alper@kikrland.com
akshay.deoras@kirkland.com
barbara.barath@kirkland.com

Michael De Vries (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street Suite 3700
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
michael.devries@kirkland.com

Ryan Kane (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
ryan.kane@kirkland.com

*Attorneys for Defendant*

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on April 21, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing **DISCOVERY PLAN AND SCHEDULING CONFERENCE** via email as follows:

Patrick J. Reilly
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Phone 702-464-7033
preilly@bhfs.com

Adam Alper (*pro hac vice*)
Akshay Deoras (*pro hac vice*)
Barbara Barath (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Tel: 415-439-1400
Fax: 415-439-1500
adam.alper@kikrland.com
akshay.deoras@kirkland.com
barbara.barath@kirkland.com

Michael De Vries (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street Suite 3700
Los Angeles, CA 90071
Tel: (213) 680-8400
Fax: (213) 680-8500
michael.devries@kirkland.com

Ryan Kane (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
ryan.kane@kirkland.com

*Counsel for Defendant*

By:  /s/ Steven G. Hill
     Steven G. Hill, Esq. (*pro hac vice*)