James J. Pisanelli, Esq., Bar No. 4027
  JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
  DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
  MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Plaintiff,* FLEET CONNECT SOLUTIONS LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EAST-WEST TRANSPORT INC., a Nevada corporation,<br><br>Defendant. | CASE NO.: 2:20-cv-02306-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR PLAINTIFF FLEET CONNECT SOLUTIONS LLC** |

Pursuant to LR IA 11-6(c), the undersigned attorneys and clients hereby stipulate to the substitution of the following attorneys for Plaintiff Fleet Connect Solutions LLC in place of Steven G. Hill and Jennifer L. Calvert of the law firm HILL, HERTSCHER & WHARTON, LLP. The law firm of PISANELLI BICE PLLC shall remain as local counsel.

James F. McDonough, III (*pro hac vice* forthcoming)
  jmcdonough@hgdlawfirm.com
Jonathan R. Miller (*pro hac vice* forthcoming)
  jmiller@hgdlawfirm.com
Travis E. Lynch (*pro hac vice* forthcoming)
  tlynch@hgdlawfirm.com
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: 404.996.0869, -0863, -0867
Facsimile: 205.547.5506

1  Timothy C. Davis (*pro hac vice* forthcoming)
      tim@hgdlawfirm.com
2  HENINGER GARRISON DAVIS, LLC
   2224 1st Avenue North
3  Birmingham, Alabama 35203
   Telephone:  205.326.3336
4  Facsimile:  205.326.3332

5  C. Matthew Rozier (*pro hac vice* forthcoming)
      mrozier@wsltrial.com
6  WILLIAMS SIMONS & LANDIS PLLC
   1500 Larimer Street, Suite 1067
7  Denver, Colorado 80202
   Telephone:  512.717.6583
8  Facsimile:  512.793.9575

9  Jonathan L. Hardt (*pro hac vice* forthcoming)
      jhardt@wsltrial.com
10 WILLIAMS SIMONS & LANDIS PLLC
   327 Congress Avenue, Suite 490
11 Austin, Texas 78701
   Telephone:  512.543.1372
12 Facsimile:  512.793.9575

DATED this 7TH day of May 2021.

I hereby consent to the above substitution.

FLEET CONNECT SOLUTIONS, LLC

By: _____

Its: MEMBER

DATED this 7th day of May 2021.

HILL, HERTSCHER & WHARTON, LLP

By: _____
Steven G. Hill, Esq.
Jennifer L. Calvert, Esq.
(admitted *pro hac vice*)
3350 Riverwood Parkway
Atlanta, Georgia 30339

DATED this 7th day of May 2021.

HENINGER GARRISON DAVIS, LLC

By: _____
James F. McDonough, III
(*pro hac vice* forthcoming)
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339

DATED this 7th day of May 2021.

WILLIAMS SIMONS & LANDIS PLLC

By: _____
C. Matthew Rozier
(*pro hac vice* forthcoming)
1500 Larimer Street, Suite 1067
Denver, Colorado 80202

DATED this 7 day of May 2021.

PISANELLI BICE PLLC

By: _____
James J. Pisanelli, Esq., #4027
Debra L. Spinelli, Esq., #9695
M. Magali Mercera, Esq., #11742
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2021

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101