James F. McDonough, III, *pro hac vice*
jmcdonough@hgdlawfirm.com
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869
Facsimile: (205) 547-5506

James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

*Attorneys for Plaintiff,* FLEET CONNECT SOLUTIONS LLC
(Additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| FLEET CONNECT SOLUTIONS LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EAST-WEST TRANSPORT INC., a Nevada corporation,<br><br>Defendant. | CASE NO.: 2:20-cv-02306-GMN-NJK<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|---|---|

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff FLEET CONNECT SOLUTIONS LLC and Defendant EAST-WEST TRANSPORT INC., by and through their respective counsel, hereby file this Joint Stipulation of Dismissal with Prejudice, dismissing all claims in this action, subject to the terms of that certain agreement titled "Confidential Settlement and Patent License Agreement," dated August 24, 2021.  Each party shall bear its own fees, costs, and expenses.

| | | |
|---|---|---|
| 1 | Date: <u>August 30, 2021</u> | */s/ James F. McDonough, III* |
| 2 | | James F. McDonough, III (*pro hac vice*) |
| | | jmcdonough@hgdlawfirm.com |
| 3 | | Jonathan R. Miller (*pro hac vice*) |
| | | jmiller@hgdlawfirm.com |
| 4 | | Travis E. Lynch (*pro hac vice*) |
| | | tlynch@hgdlawfirm.com |
| 5 | | HENINGER GARRISON DAVIS, LLC |
| | | 3621 Vinings Slope, Suite 4320 |
| 6 | | Atlanta, Georgia 30339 |
| | | Telephone: (404) 996-0869, -0863, -0867 |
| 7 | | Facsimile: (205) 547-5504, -5506, -5515 |

Timothy C. Davis (*pro hac vice*)
   tim@hgdlawfirm.com
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332

C. Matthew Rozier (*pro hac vice* forthcoming)
   mrozier@wsltrial.com
ROZIER & HARDT PLLC
1500 Larimer Street, Suite 1067
Denver, Colorado 80202
Telephone: (210) 289-7541

Jonathan L. Hardt (*pro hac vice*)
   jhardt@wsltrial.com
ROZIER & HARDT PLLC
1105 Nueces Street
Austin, Texas 78701
Telephone: (210) 289-7541

James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
   MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

Date: <u>August 30, 2021</u>              Respectfully submitted,

/s/Akshay Deoras#
Patrick J. Reilly
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone 702-464-7033
Email: preilly@bhfs.com

Adam Alper **
Akshay Deoras **
Barbara Barath*
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: adam.alper@kirkland.com
Email: akshay.deoras@kirkland.com
Email: barbara.barath@kirkland.com

Michael De Vries**
**KIRKLAND & ELLIS LLP**
555 South Flower Street Suite 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (2130 680-8500
Email: michael.devries@kirkland.com

Ryan Kane **
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: ryan.kane@kirkland.com

*Counsel for Defendant*, **EAST-WEST TRANSPORT INC.**

** admitted *pro hac vice*
# e-signed with express permission

**IT IS SO ORDERED.**

Dated this  31  day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing document to be electronically-filed with the Clerk of Court using this Court's CM/ECF system, which caused it to be served this day on all counsel of record who have consented to receive electronic service.

Dated: August 30, 2021          */s/ James F. McDonough, III*
                                James F. McDonough, III